In the Matter of the Application of J. Edward Simmons and Others, Constituting the Board of Water Supply, etc., to Acquire Real Estate, etc. Hill View Reservoir, Section No. 1.— Motion denied, without costs, except to the extent that the appellants be excused from reducing the record to narrative form. Present — Woodward, Burr, Rich and Carr, JJ.

In the Matter of the Application of the South Shore Traction Company for the Appointment of Three Commissioners to. Determine Whether That Portion of Its Proposed Railroad Located upon Hoffman Boulevard, Borough of Queens, City of New York, Ought to Be Constructed.— Order amended by the appointment of Daniel D. Whitney, Jr., Esq., in place of William S. Cogswell, Esq., who declines to serve. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Lillian E. Shimer, Respondent, v. Martha E. Ronk, Appellant.— Motion to dismiss appeal granted, without costs. See *Shimer* v. *Ronk*, decided herewith (139 App. Div. 137). Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Rachel Brenner and Another, Respondents, v. Patrick T. Hickie, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Rosanna Brown, Respondent, Impleaded with Elizabeth Dorman and Mary Healy, Appellants, v. John Otten and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

William A. De Goode, Appellant, v. John J. Burton, Respondent.— Judgment and order affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas and Rich, JJ., concurred.

Mary F. Ga Nun, on Behalf of Herself and All the Other Creditors of Jane M. Sands, Deceased, Appellant, v. Mary E. Palmer, Individually and as Executrix, etc., of Jane M. Sands, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William F. Geraghty, Appellant, v. James W. Daly and Frederick Holbrook, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Jacob Goldblum and Joseph Wagman, Respondents, v. Mayor, Lane & Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Joseph Goldblum, Respondent, v. Mayor, Lane & Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide